**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

SARA A. BRADLEY  PLAINTIFF

v.  Civil No. 05-2080

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION  DEFENDANT

**O R D E R**

Now on this 12th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #4), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the ALJ's decision is affirmed and plaintiff's case is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

  /s/Jimm Larry Hendren
  HON. JIMM LARRY HENDREN
  UNITED STATES DISTRICT JUDGE